UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| SOUTHERN ELECTRICAL RETIREMENT FUND, | ) ) ) | |
| v. | ) ) | No. 3:13-1295 Judge Sharp |
| STANDARD ELECTRIC SERVICE, INC., | ) ) ) | |

**O R D E R**

Pending before the Court is Plaintiff's Motion for Order to Show Cause (Docket No. 9).

The motion is GRANTED and a Show Cause Hearing set for Thursday, January 30, 2014, at 1:30 p.m.

The Clerks is directed to mail a copy of this order to Standard Electric Service, Inc., c/o Jean Holt, 7602 Northfield Blvd., Powell, Tennessee, 37849-3797.

IT IS SO ORDERED.

*Kevin H. Sharp*
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE